UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1540-JM |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER OF |
| | ) | CRIMINAL FORFEITURE |
| v. | ) | |
| | ) | |
| KEVIN KENNEDY(D2), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On December 15, 2008, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of KEVIN KENNEDY(D2) in the properties listed in the Forfeiture Allegation of the Superseding Information, namely,

    a.    The residence at 818 Ora Avo, Vista, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

ASSESSORS PARCEL NO. 181-231-26-00: THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 11 SOUTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; THENCE NORTH 3* 18' 10" WEST ALONG THE WESTERLY LINE OF SAID SECTION 27, A DISTANCE OF 220 FEET TO THE TRUE POINT OF BEGINNING THENCE CONTINUING ALONG SAID LINE, NORTH 3* 18' 00" WEST 95 FEET; THENCE LEAVING SAID LINE, NORTH 88* 42' WEST 260 FEET THE TRUE POINT OF BEGINNING;

//

  b. The residence at 2585 Rainbow Valley Blvd, Fallbrook, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 102-240-20-00: PARCEL 1:THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 1, TOWNSHIP 9 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, LYING NORTH OF A LINE DRAWN PARALLEL WITH THE SOUTH LINE;

  c. The residence located at 16201 Swartz Canyon Road, Ramona, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 288-210-11-00: LOT 274 OF SAN DIEGO COUNTRY ESTATES, UNIT NO. 1, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 7450, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 11, 1972, AS FURTHER DESCRIBED;

  d. The residence located at 9411 Vista Aleta, Valley Center, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 185-181-11-00: THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 11 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, AS FURTHER DESCRIBED;

  e. A Cashier's Check in the amount of $39,123.78,

  f. $3,940 in U.S. Currency,

  g. $955 in U.S. Currency,

  h. One Chevrolet Truck, CA License Plate No. 5Z51447,

  i. One Chevrolet Corvette, CA License Plate No. 200GONE,

  j. One 1995 Mastercraft Maristar 225 VRS Boat CF 0624R1, and

  k. One boat trailer, CA License Plate No. 4HH3239.

For thirty (30) consecutive days ending on January 21, 2009, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

| | | | |
|---|---|---|---|
| 1 | On January 13, 2009, Notice of Order of Forfeiture was sent by certified mail as follows: | | |
| 2 | Name and Address | Article No. | Result |
| 3 | Thomas V. Swift (1) | 7007 2560 0001 9144 1333 | Signed for as received on 1/14/09 |
| 4 | c/o Eugene G. Iredale, Esq.<br>Law Office of Eugene G. Iredale | | |
| 5 | 105 West F Street, 4th Floor<br>San Diego CA 92101-6036 | | |
| 6 | Robert Rocco (3) | 7007 2560 0001 9144 1296 | Signed for as received on 1/14/09 |
| 7 | c/o Barbara M. Donovan, Esq.<br>Donovan and Donovan<br>105 West F Street, Suite 400 | | |
| 8 | San Diego CA 92101 | | |
| 9 | Steven Zufall (4) | 7007 2560 0001 9144 1302 | Signed for as received on 1/14/09 |
| 10 | c/o Frank J. Ragen, II, Esq.<br>Law Offices of Frank J. Ragen<br>105 West F Street, Suite 215 | | |
| 11 | San Diego CA 92101 | | |
| 12 | Rudy Tijerina (5) | 7007 2560 0001 9144 1388 | Signed for as received on 1/14/09 |
| 13 | c/o Nancy Bryn Rosenfeld, Esq.<br>Law Office of Nancy B. Rosenfeld<br>1168 Union Street, Suite 303 | | |
| 14 | San Diego CA 92101 | | |
| 15 | Lewis Jimenez (6) | 7007 2560 0001 9144 1371 | Signed for as received on 1/20/09 |
| 16 | c/o Alex L. Landon, Esq.<br>Law Offices of Alex L. Landon<br>2442 Fourth Avenue | | |
| 17 | San Diego CA 92101-1609 | | |
| 18 | Kyle Kimbrel (7) | 7007 2560 0001 9144 1364 | Signed for as received on 1/14/09 |
| 19 | c/o Martin G Molina, Esq.<br>Law Office of Martin G. Molina<br>185 West F Street, Suite 100 | | |
| 20 | San Diego CA 92101 | | |
| 21 | Jorge Morales (8) | 7007 2560 0001 9144 1326 | Delivered on 1/15/09 according to USPS "Track & Confirm" |
| 22 | c/o Michael Stephen Berg, Esq.<br>Law Offices of Michael S Berg<br>401 West A Street, Suite 2600 | | |
| 23 | San Diego CA 92101 | | |
| 24 | Jose Rodriguez-Parra (9) | 7007 2560 0001 9144 1319 | Signed for as received on 2/02/09 |
| 25 | c/o L. Marcel Stewart, Esq.<br>Law Office of L. Marcel Stewart<br>835 5th Avenue, Suite 308-9 | | |
| 26 | San Diego CA 92101 | | |
| 27 | // | | |
| 28 | // | | |

| Name and Address | Article No. | Result |
|---|---|---|
| Randy Kennedy (10)<br>c/o Julie A. Blair, Esq.<br>Law Offices of Julie Blair<br>964 Fifth Avenue, Suite 335<br>San Diego CA 92101 | 7007 2560 0001 9144 1395 | Signed for as received on 1/14/09 |
| Glenn Swift (11)<br>c/o Jan E. Ronis, Esq.<br>Law Offices of Ronis and Ronis<br>105 West F Street, Third Floor<br>San Diego CA 92101-6036 | 7007 2560 0001 9144 1401 | Signed for as received on 1/14/09 |
| Gregory Swift (12)<br>c/o Guadalupe Valencia, Esq.<br>Law Offices of Guadalupe Valencia<br>105 West F Street, Suite 309<br>San Diego CA 92101 | 7007 2560 0001 9144 1357 | Signed for as received on 1/14/09 |
| Brandon Gonzalez (13)<br>c/o Ricardo M. Gonzalez, Esq.<br>Law Offices Ricardo M. Gonzalez<br>101 West Broadway, Suite 1950<br>San Diego CA 92101-6036 | 7007 2560 0001 9144 1340 | Signed for as received on 1/14/09 |

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of KEVIN KENNEDY(D2) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

   a.   The residence at 818 Ora Avo, Vista, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

   ASSESSORS PARCEL NO. 181-231-26-00: THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 27, TOWNSHIP 11 SOUTH, RANGE 3 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER; THENCE NORTH 3* 18' 10" WEST ALONG THE WESTERLY LINE OF SAID SECTION 27, A DISTANCE OF 220 FEET TO THE TRUE POINT OF BEGINNING THENCE CONTINUING

1  ALONG SAID LINE, NORTH 3* 18' 00" WEST 95 FEET; THENCE LEAVING SAID LINE, NORTH 88* 42' WEST 260 FEET THE TRUE POINT OF BEGINNING;

  b.  The residence at 2585 Rainbow Valley Blvd, Fallbrook, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 102-240-20-00: PARCEL 1:THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 1, TOWNSHIP 9 SOUTH, RANGE 3 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, LYING NORTH OF A LINE DRAWN PARALLEL WITH THE SOUTH LINE;

  c.  The residence located at 16201 Swartz Canyon Road, Ramona, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 288-210-11-00: LOT 274 OF SAN DIEGO COUNTRY ESTATES, UNIT NO. 1, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 7450, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 11, 1972, AS FURTHER DESCRIBED;

  d.  The residence located at 9411 Vista Aleta, Valley Center, California, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

  ASSESSORS PARCEL NO. 185-181-11-00: THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 6, TOWNSHIP 11 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF, AS FURTHER DESCRIBED;

  e.  A Cashier's Check in the amount of $39,123.78,

  f.  $3,940 in U.S. Currency,

  g.  $955 in U.S. Currency,

  h.  One Chevrolet Truck, CA License Plate No. 5Z51447,

  i.  One Chevrolet Corvette, CA License Plate No. 200GONE,

  j.  One 1995 Mastercraft Maristar 225 VRS Boat CF 0624R1, and

  k.  One boat trailer, CA License Plate No. 4HH3239.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

//

//

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited properties according to law.

DATED: April 1, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge